UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2014-C15, Commercial Mortgage Pass-Through Certificates, Series 2014-C15*,<br><br>        Plaintiff,<br><br>    -against-<br><br>PATRICK NELSON, et al.,<br><br>        Defendants. | 24-CV-2425 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The initial pretrial conference currently set for August 28, 2024 is hereby canceled.

  The parties should meet and confer and submit a new joint proposed case management plan by August 28, 2024. The plan must allot no more than four months (from today's date) for discovery.

  If Plaintiff wants to file an advance summary-judgment motion (while retaining the right to file another summary-judgment motion later), Plaintiff should submit a letter by August 28, 2024, explaining the basis for the motion and why there is not likely any factual dispute as to any of the issues raised or as to any potential defenses.

  SO ORDERED.

Dated: August 23, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                         United States District Judge