

One Park Plaza
Suite 600
Irvine, CA 92614
Phone: 949.752.7007
Fax: 949.752.7023
www.rrlawyers.com

Writer's Email:
jar@rrlawyers.com
File No: 2254.23

September 20, 2024

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    **Deutsche Bank Trust Company Americas v. Nelson** *et al.*,
             **Case No. 1:24-cv-02425 (AS)**
             **Letter Motion for Continuance of Briefing Schedule re Pending Motion for Summary Judgment**

Dear Judge Subramanian:

      Together with co-counsel Lon Seidman, I represent defendant and third-party plaintiff Brian Nelson in the above-referenced action. I request an extension of time for Brian Nelson to file papers in opposition to Plaintiff's Motion for Summary Judgment, which was filed on September 13, 2024.

      In making this request, I join Defendant Patrick Nelson, who filed a Letter Motion for extension on September 20. I have consulted with counsel for Plaintiff/Moving Party, and counsel for Defendant Patrick Nelson, and neither has any objection to this request. The attorneys have agreed upon the following proposed briefing schedule:

      Service of Defendant's Opposition papers: October 15, 2024
      Service of Plaintiff's Reply papers: October 31, 2024

      I respectfully request that the above proposed briefing schedule be adopted by the Court with respect to all parties, including Brian Nelson. Should the Court require any additional information, please contact the undersigned.

                              Respectfully submitted,

                              */s/ Jeffrey A. Robinson*

                              Jeffrey A. Robinson



David Koch, Esq**.**
September 20, 2024
Page 2

Copy (via ECF):
    Lon Seidman, Esq.
    Gary Eisenberg, Esq.
    Todd Wengrovsky, Esq.
    David Pellegrino, Esq.

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 58 and 59.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 20, 2024