# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

via ECF                                                             October 14, 2024

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007                          Re: Deutsche Bank Trust Company Americas
                                            v. Nelson et al, SDNY 24-CV-2425 (AS)

Dear Judge Subramanian:

    I represent Defendant Patrick Nelson in the above-referenced action, and this is to request an extension of time for all Defendants to file papers in opposition to Plaintiff's pending Motion for Summary Judgment.

    This is the second request for extension filed by any party to the case. The reason for this request is that the parties are currently negotiating terms under which the litigation may be referred to mediation instead of further motion practice in the short term.

    I have consulted with opposing counsel, and Plaintiff's counsel has consented to this request. Counsel for co-Defendant Brian Nelson joins in this request as well.

    The attorneys have agreed upon the following proposed briefing schedule:

Service of Defendants' Opposition papers: October 22, 2024
Service of Plaintiff's Reply papers: November 7, 2024

    We respectfully request that the above proposed briefing schedule be entered by the Court. Should the Court require any additional information, please contact the undersigned.

                                                       Respectfully submitted,

                                                       /s/ Todd Wengrovsky

                                                       Todd Wengrovsky

cc: Gary Eisenberg, Esq.,
*Counsel for Plaintiff,* via ECF

Application granted, but no further extensions. Also, the Court notes that this request comes too late. If the parties intend to come to some deal to end this litigation, or to warrant withdrawal of the motion, that needs to happen this week, with notification to the Court no later than Friday. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 75.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 15, 2024